NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IRA BERNARD PARKER,            )
                              )
          Appellant,           )
                              )
v.                            )          Case No. 2D17-3147
                              )
STATE OF FLORIDA,              )
                              )
          Appellee.            )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan G. Barthle, Judge.

Ira Bernard Parker, pro se.


PER CURIAM.

          Affirmed.


CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.